UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kenneth Kok Fong Chan                      ,

            Plaintiff(s),

      v.

Marco Rubio                                ,

          Defendant(s).

Case No. 5:25-cv-10595-VKD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Robert F. Loughran , an active member in good standing of the bar of Texas , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Kenneth Kok Fong Chan in the above-entitled action. My local co-counsel in this case is Bernard P. Wolfsdorf , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 107657 .

912 S Capital of Texas Hwy, Suite 450
Austin, TX 78746
MY ADDRESS OF RECORD

(512) 852-4142
MY TELEPHONE # OF RECORD

rloughran@fosterglobal.com
MY EMAIL ADDRESS OF RECORD

1416 2nd Street, Santa Monica, CA 90401
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 570-4088
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bernard@wolfsdorf.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00784497 .

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: __12/11/2025_____                    Robert F. Loughran
                                                      _____
5                                                     APPLICANT

6

7

8                    ORDER GRANTING APPLICATION

9                FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _Robert F. Loughran_____ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____December 15, 2025_____

16

17    _____

18    UNITED STATES MAGISTRATE JUDGE
                Virginia K. DeMarchi

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California